

# Fourth Court of Appeals
## San Antonio, Texas

June 5, 2024

No. 04-24-00201-CV

Nathaniel **MACK** III d/b/a Mack Injury Attorneys and The Hall Law Group, PLLC,
Appellant

v.

R. Chris **PITTARD**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CI03559
Honorable Marisa Flores, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, the petition for permissive appeal is DISMISSED FOR WANT OF JURISDICTION. We ORDER petitioners Nathaniel Mack III d/b/a Mack Injury Attorneys and The Hall Law Group, PLLC to pay the costs of this appeal.

It is so **ORDERED** on June 5, 2024.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of June, 2024.

_____
Luz Estrada, Chief Deputy Clerk